**No. 09-9993. Yoon Kyung Kim, Petitioner v. Northwest Airlines, Inc.**

560 U.S. 944, 130 S. Ct. 3369, 176 L. Ed. 2d 1255, 2010 U.S. LEXIS 4418.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 350 Fed. Appx. 524.

**No. 09-10034. Ezeadigo Chinedu Oduche-Nwakaihe, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 944, 130 S. Ct. 3361, 176 L. Ed. 2d 1255, 2010 U.S. LEXIS 4504.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 363 Fed. Appx. 898.

**No. 09-10055. George Williams, Jr., Petitioner v. North Carolina.**

560 U.S. 944, 130 S. Ct. 3362, 176 L. Ed. 2d 1255, 2010 U.S. LEXIS 4460,

June 1, 2010. Petition for writ of certiorari to the Superior Court of North Carolina, Onslow County, denied.

**No. 09-10078. James Golden, Petitioner v. Florida.**

560 U.S. 944, 130 S. Ct. 3362, 176 L. Ed. 2d 1255, 2010 U.S. LEXIS 4472.

June 1, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 26 So. 3d 581.

**No. 09-10089. Sherwood L. Hard, Petitioner v. Wisconsin.**

560 U.S. 944, 130 S. Ct. 3362, 176 L. Ed. 2d 1255, 2010 U.S. LEXIS 4531.

June 1, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.

Same case below, 321 Wis. 2d 476, 774 N.W.2d 475.

**No. 09-10094. Rodney Holly, Petitioner v. Ray Hobbs, Interim Director, Arkansas Department of Correction.**

560 U.S. 944, 130 S. Ct. 3362, 176 L. Ed. 2d 1255, 2010 U.S. LEXIS 4456.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-10115. Henry J. Palmer, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

560 U.S. 944, 130 S. Ct. 3362, 176 L. Ed. 2d 1255, 2010 U.S. LEXIS 4559,

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 360 Fed. Appx. 141.

**No. 09-10126. Robert Hendricks, Petitioner v. Mark Bradt, Superintendent, Elmira Correctional Facility.**

560 U.S. 944, 130 S. Ct. 3363, 176 L. Ed. 2d 1255, 2010 U.S. LEXIS 4537.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.